# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DONALD JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 5:19-cv-00005-TES |
| ) | |
| GEORGIA HIGH SCHOOL ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Donald Jacobs and Defendant Georgia High School Association, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby stipulate and agree to the **DISMISSAL WITH PREJUDICE** of this action, with all Parties to bear their own respective costs.

This _____ day of August, 2019.

*s/ Devon Orland*
Devon Orland
Georgia Bar No. 554301

**GEORGIA ADVOCACY OFFICE**
1 West Court Square, Suite 625
Decatur, Georgia 30030
Phone: (404) 924-4707
Fax: (404) 378-0031
dorland@thegao.org

*Counsel for Plaintiff*

*s/ Patrick L. Lail*
Patrick L. Lail
Georgia Bar No. 431101
Justin B. Connell
Georgia Bar No. 142692
Brent D. Wasser
Georgia Bar No. 371372

**Elarbee, Thompson, Sapp & Wilson, LLP**
800 International Tower
229 Peachtree Street, NE

*s/ Marc Charmatz*
Marc Charmatz
Maryland Bar No. 7212010035

**NATIONAL ASSOCIATION OF THE DEAF LAW AND ADVOCACY CENTER**
8630 Fenton Street, Suite 820
Silver Spring, Maryland 20910
Phone: (301) 587-7732
Fax: (301) 587-1791
marc.charmatz@nad.org

*Counsel for Plaintiff*

*s/ Michael Steven Stein*
Michael Steven Stein
New York Bar No. 5049853
Mary C. Vargas
Maryland Bar No. 14135

**STEIN &VARGAS, LLP**
10 G Street, Suite 600
Washington. DC 20002
Phone: (202) 510-9553
Fax: (888) 778-4620
michael.stein@steinvargas.com
mary.vargas@steinvargas.com

*Counsel for Plaintiff*

Atlanta, GA 30303
(404) 659-6700 phone
(404) 222-9718 fax
lail@elarbeethompson.com
connell@elarbeethompson.com
wasser@elarbeethompson.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DONALD JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 5:19-cv-00005-TES |
| ) | |
| GEORGIA HIGH SCHOOL ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed a **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Devon Orland
GEORGIA ADVOCACY OFFICE
1 West Court Square, Suite 625
Decatur, Georgia 30030

Marc Charmatz
NATIONAL ASSOCIATION OF THE DEAF
LAW AND ADVOCACY CENTER
8630 Fenton Street, Suite 820
Silver Spring, Maryland 20910

Michael Steven Stein & Mary Vargas
STEIN &VARGAS, LLP
10 G Street, Suite 600
Washington. DC 20002

*s/ Patrick L. Lail*
Patrick L. Lail
Georgia Bar No. 431101